■ In the Matter of ROBERT K. JERESKI, Appellant, v NANCY MOTTOLA SCHACHER et al., Respondents, and MICAH Z. KELLNER et al., Respondents. [780 NYS2d 735]—Order, Supreme Court, New York County (Herman Cahn, J.), entered August 13, 2004, unanimously affirmed for the reasons stated by Cahn, J., without costs or disbursements. No opinion. Concur—Friedman, J.P., Marlow, Gonzalez, Sweeny and Catterson, JJ.